IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KIMBERLY JOHNSON on
  behalf of RAVEN MURRY,                                          Plaintiff

v.                                  5:06CV00034 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                         Defendant

### **JUDGMENT**

    Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

    IT IS SO ORDERED.

    DATED this 4th day of January, 2007.


                                                /s/ John F. Forster, Jr.
                                     UNITED STATES MAGISTRATE JUDGE